UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NES WORKSAFE, n/k/a
ROADSAFE TRAFFIC SYSTEMS,
a Delaware corporation,,

    Plaintiff/Counter-Defendant,

v.                                                   Case No. 2:08-cv-11054
                                                 Hon. Patrick J. Duggan

WALTER TOEBE CONSTRUCTION COMPANY,
a Michigan corporation, and
FEDERAL INSURANCE COMPANY,
an Indiana corpoartion,

    Defendants/Counter-Plaintiff.
_____/

| **KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.** | **DICKINSON WRIGHT PLLC** |
|---|---|
| John T. Below P48677 | Michelle L. Alamo P60684 |
| R. Edward Boucher P57251 | Michelle R. Heikka P66122 |
| Sean P. McNally P66292 | Attorneys for Toebe/Federal Insurance |
| Attorneys for NES Worksafe | 500 Woodward Avenue, Suite 4000 |
| 400 Renaissance Center, Suite 3400 | Detroit, MI 48226-3425 |
| Detroit, MI 48243-1618 | (313) 223-3500 |
| (313) 259-8300 | malamo@dickinsonwright.com |
| jbelow@kotzsangster.com | mheikka@dickinsonwright.com |
| rboucher@kotzsangster.com | |
| smcnally@kotzsangster.com | |

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

       Upon stipulation of the parties through their attorneys, and the Court being advised that the parties have reached an amicable resolution;

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without costs to either party.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: September 10, 2008  September 10, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 10, 2008, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager